UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JORGE GARCIA, on his own behalf
and others similarly situated,

CASE NO. 06-CIV-10100 KING

      Plaintiff,

v.

KEY WEST OFFICE MANAGEMENT, INC.,
a Florida Corporation, d/b/a PEGASUS
INTERNATIONAL HOTEL,
and SANDEPP SINGH, individually,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

This cause comes before the court upon the Plaintiff's Motion to Strike Defendants' Third, Fourth, and Tenth Affirmative Defenses, filed October 30, 2006. Plaintiff filed its Response on November 16, 2006. It is hereby

ORDERED, ADJUDGED, and DECREED, that the above-styled motion be, and the same is hereby, DENIED without prejudice to renew at the conclusion of discovery on May 18, 2007.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of November, 2006.

                                                JAMES LAWRENCE KING
                                                U.S. DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA

cc: **_Counsel for Plaintiff_**
Maguene Dieudonne, Esq.
Kenneth Klein, Esq.
John Rockwell, Esq.
SHAVITZ LAW GROUP, P.A.
7800 Congress Avenue
Suite 108
Boca Raton, Florida 33020
Facsimile: (561) 447-8831

**_Counsel for Defendant_**
Todd William Shulby, Esq.
12555 Orange Drive
Suite 270
Davie, Florida 33330
Facsimile: (954) 862-1769